**ORIGINAL**

FILED IN CHAMBERS
U.S.D.C. Atlanta

APR 28 2026

Kevin P. Weimer, Clerk
By: _____ Deputy Clerk



## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| *v.* | Criminal Indictment |
| DERWI GARCIA FRANCO | No. **1:26-CR-0178** |

THE GRAND JURY CHARGES THAT:

On or about February 16, 2026, in the Northern District of Georgia, the defendant, DERWI GARCI FRANCO, an alien to the United States of America, in connection with the acquisition of a firearm from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented that he was a United States citizen when he was not; in violation of Title 18, United States Code, Section 922(a)(6).

### Forfeiture

Upon conviction of one or more of the offenses alleged in this Indictment, the defendant, DERWI GARCIA FRANCO, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in the commission of the offense(s).

If any of the above-described forfeitable property, as a result of any act or omission of a defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

the United States intends to seek forfeiture of any other property of the
defendant up to the value of the forfeitable property, pursuant to Title 21, United
States Code, Section 853(p) and Title 28, United States Code, Section 2461(c).


A   _True_   BILL

_Kew Hand_
FOREPERSON


THEODORE S. HERTZBERG
 *United States Attorney*

CHRISTOPHER MEREDITH
 *Special Assistant United States Attorney*
Georgia Bar No. 524318

NATHANIEL LANCASTER
 *Assistant United States Attorney*
Georgia Bar No. 768808

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181