FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAY 0 7 2026

KEVIN P. WEIMER, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>DERWI GARCIA FRANCO | Criminal Action<br>No. 1:26-CR-00178 |

## Government's Motion for Detention

The United States of America, by counsel, Theodore S. Hertzberg, United States Attorney, and Nathaniel Lancaster, Assistant United States Attorney for the Northern District of Georgia, moves for detention of Derwi Garcia Franco ("Defendant") under 18 U.S.C. §§ 3142(e) and (f).

**1.    Eligibility of Case**

This case is eligible for a detention order because this case involves:

A serious risk that Defendant will flee.

**2.    Reason for Detention**

The Court should detain Defendant because there are no conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community.

**3. Rebuttable Presumption**

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community pursuant to 18 U.S.C. § 3142(e)(3).  The United States will not invoke the rebuttable presumption that

no condition or combination of conditions will reasonably assure the safety of any other person and the community pursuant to 18 U.S.C. § 3142(e)(2).

## 4. Time for Detention Hearing

The United States requests the Court conduct the detention hearing at initial appearance.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: May 7, 2026

Respectfully submitted,

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181
(404) 581-6052

THEODORE S. HERTZBERG
United States Attorney

NATHANIEL LANCASTER
Assistant United States Attorney
Ga. Bar No. 768808

2

## Certificate of Service

I served this document via hand delivery to defense counsel:

Counsel for Defendant

May 7, 2026

/s/Nathaniel Lancaster
Nathaniel Lancaster
Assistant United States Attorney